Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>HOT SHOT HK, LLC, *et al.*,<br><br>Defendants. | Case No. 13-CV-04612-SJO (JCx)<br>*Hon. Jacqueline Chooljian Presiding*<br><br>***DISCOVERY MATTER***<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

///

///

///

# **ORDER**

The terms and conditions set forth in the parties' Stipulated Protective Order are hereby so ordered except that Paragraph 23 is modified to reflect that any application to file the referenced information, pleadings, or memoranda under seal must also comport with Paragraph 26 of the District Judge's Initial Order and with the applicable Judge's procedures/instructions under the Pilot Project for the Electronic Submission and Filing of Under Seal Documents (see Docket Nos. 11 and 21 and www.cacd.uscourts.gov – Judge's Procedures and Schedules).

IT SO ORDERED.

Dated: November 4, 2013        _____/s/_____
                                Hon. Jacqueline Chooljian
                                U.S. Magistrate Judge